IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>VICTOR HENDERSON,<br><br>                Defendant. | 8:23CR185<br><br>ORDER |

Before the Court is non-party Emerald Johnson's Request for Transcript (Filing No. 62) of the sentencing hearing held on June 21, 2024.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 62) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Emerald Johnson at 4628 Fowler Avenue, Omaha, Nebraska 68104.
3. Court reporter Sue DeVetter is directed to advise Emerald Johnson of the cost to obtain the transcript. Emerald Johnson will be responsible for that transcript cost.

Dated this 3rd day of September 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge